**EX. 9**

**LETTER FROM
STEPHANIE HUMPHRIES**



April 7, 2024

Dear Judge Brown,

    I am writing to you today to offer you my heartfelt support for Malachi, a dear friend of mine who has found himself in a challenging situation. My name is Stephenie Humphries, and I am the founder of Community First Help Center, a non-profit organization dedicated to providing assistance to those in need, particularly through free tax preparation services and education. We are proud partners of the IRS VITA/TCE program and have positively impacted the lives of hundreds within our community. I have known Malachi for approximately four years during which time I have witnessed his unwavering dedication and determination to better himself and those around him. Malachi has always been hard working individual with a strong desire to break free from the limitation of his environment. However, he found himself susceptible to negative influences from his upbringings, particularly concerning habits such as excessive drinking and partying, which clouded his perception of reality. Despite these challenges, I have always seen great potential in Malachi and have consistently encouraged him to strive for a brighter future. When I shared with him my vision of establishing Community First Help Center, Malachi eagerly offered his support in anyway possible. He always inquiring about our charitable events and generously contributed to assist others in need. It is evident to me that Malachi possesses a genuine desire to make a positive impact on the world around him. I firmly believe that with the appropriate guidance and support, Malachi has the potential to become valuable asset to society and a beacon of hope for others facing similar struggles. He has already demonstrated his willingness to give back and contribute to the betterment of his community, and I am confident that given the opportunity, he will continue to do so in a meaningful and productive manner. In conclusion, I respectfully urge Your Honor to consider the circumstances surrounding Malachi's situation with compassion and understanding. I firmly believe that with the right guidance and support, he can overcome his current challenges and emerge as a responsible and contributing member of society. Thank you for your time attention.

    Sincerely,

    *Stephenie Humphries*

786-360-1781 

info@communityfirsthelpcenter.org

www.communityfirsthelpcenter.org