# EX. 10

# LETTER FROM ROGER MULLINGS

**rogersmobiledetailing@gmail.com**

**From:** rogersmobiledetailing@gmail.com
**To:** lbfcourts@aol.com
Tue, Apr 2 at 10:44 PM

Dear Judge Brown,

My name is Roger Mullings, and I am a mobile car detailer. I am writing to you today as the father of Malachi Mullings, whom I have raised from the day he was born. Throughout these years, I have witnessed Malachi grow into a young man who, despite his faults, is a loving, ambitious and kind individual.

Judge Brown, I do understand the seriousness of these allegations against my son and the impact they have had on the victims. This is all very unfortunate. I firmly believe that the fact that Malachi is young, gullible, and exercised poor judgement, along with his mental health struggles, drug, and alcohol abuse, have led him down this path. With the right support and guidance, Malachi can become a mentor in the African American community. He has always been a person with a big heart, often going out of his way to help those around him. My son has volunteered at local organizations, assisted neighbors in need, and consistently shown a willingness to put others before himself.

Your Honor, I appeal to your sense of mercy and leniency and humbly ask that you consider the above factors in your sentencing. I pray that you may give my son an opportunity for rehabilitation which could bring a positive change in his life.  As I approach my 60th birthday this August, my only wish is to see Malachi on the road to restoration. Thank you for taking the time to consider this father's desperate appeal.

Respectfully,
**Roger Mullings**