IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:22-CR-60 (MLB) |
| ) | |
| MALACHI MULLINGS ) | |
| _____ ) | |

## **FIRST SUPPLEMENT TO SENTENCING MEMO**

COMES NOW MALACHI MULLINGS, by and through counsel, and files this first supplement to his previously filed sentencing memo. Specifically, Mr. Mullings files the attached "Apology Letter" dated May 14, 2024.

Dated: This 16th day of May, 2024.

Respectfully submitted,

*L. Burton Finlayson*

_____
L. BURTON FINLAYSON
Attorney For MALACHI MULLINGS
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON, LLC
685 Linwood Avenue, NE, Suite 200A
Atlanta, Georgia 30306
(404) 872-0560
LBFCOURTS@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing supplement and letter upon the following:

> Kelly K. Connors & Christopher A. Wenger
> Assistant United States Attorneys

by CM/ ECF delivery.

DATED: This 16th day of May, 2024.

*L. Burton Finlayson*

_____
L. BURTON FINLAYSON
ATTORNEY FOR MALACHI MULLINGS
Georgia Bar Number: 261460